No. 85–9.  TEXAS *v.* UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–11.  RAPHAN ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 85–13.  LUCCI *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 85–14.  THOMAS *v.* GENERAL SERVICES ADMINISTRATION.  C. A. Fed. Cir.  Certiorari denied.

No. 85–15.  BOGARD *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 85–16.  EDWARDS ET AL. *v.* WILKES-BARRE PUBLISHING CO. PENSION TRUST ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–20.  MORGAN ADHESIVES CO. *v.* CHEMTROL ADHESIVES, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 85–22.  PIGGY BANK STATIONS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 85–25.  MORGAN *v.* FIRESTONE TIRE & RUBBER CO.  C. A. 11th Cir.  Certiorari denied.

No. 85–26.  ROL MFG. CO. ET AL. *v.* NICKSON INDUSTRIES, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 85–28.  REDCO CORP. *v.* CBS, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–29.  EWP CORP. ET AL. *v.* RELIANCE UNIVERSAL, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 85–30.  TIERNEY *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.